UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

vs.                                                         CR 03-71-02-ML

CHARLES ISLER

**ORDER**

Before the Court is a motion (Doc. #283) filed by Defendant Charles Isler pursuant to 18 U.S.C. §§ 3582(c)(2), 3621(b), and 3624(c) ("Mixed Motion"). The Mixed Motion is DENIED essentially for the reasons put forth in the government's objection (Doc. #285) to the Mixed Motion.

The Court notes that even if it did have the authority to make a recommendation to the BOP as to Isler's placement, that decision is more appropriately left to the BOP.

SO ORDERED:

/s/ Mary M. Lisi
Mary M. Lisi
Chief United States District Judge

DATE: July 26, 2013